AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of South Carolina_____

| | | |
|---|---|---|
| Mary Emma Boyd and W.P. Boyd, Jr., as Personal Represenative of the Estate of Emma C. Boyd<br>*Plaintiff*<br>v.<br><br>Metropolitan Life Insurance Company<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.    2:09-cv-3325- CWH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

■  other:  The Court grants Defendant's motion to dismiss. This case is dismissed for failure to state a claim upon which relief can be granted. _____ .

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

■  decided by   Honorable  C. Weston Houck, U. S. District Judge _____ on a motion for   dismissal. _____ .

Date:    Jun 16, 2010 _____          *CLERK OF COURT*

s/ Virginia Druce _____

*Signature of Clerk or Deputy Clerk*